**From: The District Court of the 13th Judicial District.
County of Yellowstone.**

STATE OF MONTANA,
  Plaintiff,                                    CAUSE NO. DC-06-252a
vs.                                             DECISION
JAMES M. STILES,
  Defendant,

On November 30, 2006, the defendant was sentenced to fifteen (15) years in the Montana State Prison, with five (5) years suspended, for the offense of Theft, a felony, to run consecutively with the sentence received in criminal Cause No. DC-96-923.

On May 8, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was represented by Margaret Gallagher, who appeared via videoconference.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of May, 2009.

DATED this 21st day of May, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Richard Simonton.